COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Cari Moore v. Derek N.T.  Moore

Appellate case number:    01-18-00921-CV

Trial court case number:  2018-26388

Trial court:              280th District Court of Harris County

On December 13, 2018, the court reporter filed a notice that the reporter's record was not filed because appellant either had not requested it or had not made financial arrangements. Appellant was advised that unless the court received written proof by January 14, 2018 that arrangements had been made for the preparation and filing of the reporter's record, he might be required to file a brief without a reporter's record. We received no response. On February 15 and 18, the court reporter advised that, although appellant had requested a copy of the reporter's record, she had not requested an appellate reporter's record to be filed in the appellate court.

Accordingly, the court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record).

Appellant's brief must be filed **no later than 30 days after the date of this order**.

Appellees' brief will be due within 30 days after appellants' brief has been filed.

It is so ORDERED.


Judge's signature: ___/s/ Justice Richard Hightower_____
                    ☑ Acting individually    ☐ Acting for the Court


Date: ___February 26, 2019___